[No. 67460-9-I. Division One. August 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON R. RYUN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-00112-8, Bruce W. Hilyer, J., entered June 24, 2011. *Dismissed* by unpublished per curiam opinion.

[No. 68015-3-I. Division One. August 6, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE HODGES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-00070-9, Bruce W. Hilyer, J., entered October 28, 2011. *Remanded with instructions* by unpublished per curiam opinion.

[No. 30429-9-III. Division Three. August 7, 2012.]

JANET BARNHART, *Appellant*, v. LIBERTY MUTUAL INSURANCE COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-2-03334-6, Salvatore F. Cozza, J., entered November 4, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.

[No. 30741-7-III. Division Three. August 7, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMMY PATRICE WHITLOCK, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-1-00275-1, Gordon Godfrey, J., entered February 14, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Siddoway, JJ.